BRUNELLE & HADJIKOW, P.C., Respondent, v JAMES G. O'CALLAGHAN, Appellant.

Decided October 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.